## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VINCENT BEASLEY,  : No. 61 MAL 2017
:
Petitioner  :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v.  :
:
:
:
WORKERS' COMPENSATION APPEAL  :
BOARD (PECO ENERGY COMPANY),  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.